# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:10cv279

| | |
|---|---|
| RAMONA HALL, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>RUTHERFORD COUNTY CLERK )<br>OF SUPERIOR COURT, ROBYNN )<br>SPENCE, in her official and individual )<br>capacity, )<br>Defendant. )<br>_____ ) | ORDER |

**THIS MATTER** is before the court after disposition of a routine motion and upon a further review of the Complaint for potential conflicts. Close review of the Complaint in this matter reveals that the undersigned has a party conflict which will require recusal.

## ORDER

**IT IS, THEREFORE, ORDERED** that the undersigned respectfully recuses himself from further consideration of this matter and requests that the Clerk of this Court refer this matter to another United States Magistrate Judge.

Signed: January 14, 2011

Dennis L. Howell
United States Magistrate Judge