**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL ACTION NO. 1:10-CV-279-DCK**

| | |
|---|---|
| RAMONA HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RUTHERFORD COUNTY CLERK OF ) | |
| SUPERIOR COURT, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling and case deadlines. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review of this matter is appropriate.

On September 28, 2011, the undersigned granted the parties' first joint motion to extend case deadlines. (Document No. 14). On January 13, 2012, the undersigned granted the parties' second joint motion to extend case deadlines, with modification. (Document No. 16). As a result, the revised deadline for the filing of a report on the results of mediation was February 16, 2012. A mediation report was not timely filed, and so the Court issued an "Order" (Document No. 17) requiring the parties to show cause why a report on the results of mediation had not been timely filed.

Instead of either party responding appropriately to the show cause Order, Plaintiff filed an "Interim Report" on behalf of the mediator. (Document No. 18). That filing indicated that the parties had engaged in a Mediated Settlement Conference on February 14, 2012, which was being "held open" until March 1, 2012. To date, no report has been filed on the result of the parties' mediation. The undersigned further observes that this matter is scheduled to begin trial in less than

two (2) months.

**IT IS, THEREFORE, ORDERED** that the parties shall file a **STATUS REPORT**, jointly if possible, on or before **March 16, 2012**. The parties shall include in their report(s): (1) an explanation for the delay in mediation; (2) their current prediction for the length of a trial; (3) their preferences and availability regarding the location of the trial of this matter in Asheville or Charlotte; (4) and any potential conflicts with a Pretrial Conference the week of **April 30, 2012**, and/or a trial during the term beginning **May 7, 2012**.

**IT IS FURTHER ORDERED** that a report on the results of mediation, completed and signed by the presiding mediator, shall be filed on or before **March 16, 2012**.

**SO ORDERED**.

Signed: March 8, 2012

David C. Keesler
United States Magistrate Judge