# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL ACTION NO. 1:10-CV-279-DCK

| | |
|---|---|
| RAMONA HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   **ORDER** |
| | ) |
| RUTHERFORD COUNTY CLERK OF SUPERIOR COURT, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review of this matter is appropriate.

On May 16, 2011, the "Pretrial Order And Case Management Plan" (Document No. 11) was entered in this case and set the trial date for the undersigned's first civil term beginning on or after May 7, 2012. On March 16, 2012, the parties filed a "Joint Status Report" (Document No. 21) informing the Court that their efforts to reach a settlement agreement through mediation reach an impasse and that the parties have no conflicts with a trial of this matter during the term beginning May 7, 2012.

**IT IS, THEREFORE, ORDERED** that the trial of this matter will be held during the undersigned's civil trial term beginning **May 7, 2012**. This matter is currently the undersigned's second case scheduled for trial during this May 7th term. However, the parties should be prepared for trial on May 7, 2012, at the federal courthouse in Charlotte, North Carolina, unless otherwise ordered by the Court.

**IT IS FURTHER ORDERED** that the Final Pretrial Conference will be held on **May 2,**

**2012,** at the federal courthouse in Charlotte, North Carolina.

**SO ORDERED**.

Signed: March 19, 2012

David C. Keesler
United States Magistrate Judge