# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:10-CV-279-DCK

| | |
|---|---|
| RAMONA HALL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RUTHERFORD COUNTY CLERK OF ) <br> SUPERIOR COURT, ) <br> ) <br> Defendant. ) <br> _____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties filed a "Joint Notice Of Settlement" (Document No. 25) on April 27, 2012, notifying the Court that the parties "have reached an agreement that settles all issues." The Court commends the parties and counsel for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **June 1, 2012**.

**IT IS FURTHER ORDERED** that the trial of this matter scheduled to begin on or about May 7, 2012, is hereby **CANCELLED**.

**IT IS FURTHER ORDERED** that "Plaintiff's Motions In Limine" (Document No. 24) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: April 30, 2012

David C. Keesler
United States Magistrate Judge